DAVID S. KLEVATT (admitted *pro hac vice*)
**KLEVATT & ASSOCIATES, LLC**
33 North LaSalle Street, Suite 2100
Chicago, IL 60602-2619
Tel: (312) 782-9090
Fax: (312) 896-9298
*dklevatt@chicagolaw.biz*

Christopher R. Pitoun (SBN 290235)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 North Lake Avenue, Suite 920
Pasadena, California 91101
Telephone:  (213) 330-7150
Facsimile:   (213) 330-7152
*christopherp@hbsslaw.com*

*Attorneys for Plaintiff HUI YU*
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| HUI YU<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY and DOES 1 TO 50, inclusive,<br><br>Defendants. | Case Number:  2:19-cv-01788-SVW-KK<br><br>**JOINT STIPULATION REGARDING SETTLEMENT OF CASE AND REQUEST FOR ORDER OF DISMISSAL**<br><br>District Court Judge:  Stephen V. Wilson<br>Magistrate Judge:  Alicia G. Rosenberg<br><br>Action Filed:       September 18, 2019<br>Trial Date:          May 11, 2020 |

Plaintiff Hui Yu ("Plaintiff") and Defendant American General Life Insurance Company (collectively the "Parties"), by and through their respective counsel of record, agree and jointly stipulate as follows:

WHEREAS, Plaintiff initiated her action on September 18, 2019 with the filing of her Complaint (Dkt. 1);

WHEREAS, the Parties met and conferred in good faith and engaged in extensive arms-length bargaining since the filing of the Complaint in an effort to resolve this matter informally;

WHEREAS, on March 11, 2020, all Parties had executed a settlement agreement bringing this matter to a resolution;

WHEREAS, there is no longer a case or controversy for this Court to resolve;

NOW, THEREFORE, subject to Court approval, the Parties give this Court notice that this matter has been settled and submit to the Court a [proposed] order dismissing this case with prejudice with each Party to bear its own costs.

IT IS SO STIPULATED

Dated: March 31, 2020

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ *Christopher R. Pitoun*
Christopher R. Pitoun (SBN 290235)
301 North Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
*christopherp@hbsslaw.com*

David S. Klevatt
**KLEVATT & ASSOCIATES, LLC**
33 North LaSalle Street, Suite 2100
Chicago, IL 60602-2619
*dklevatt@chicagolaw.biz*

Jason A. Zweig
**HAGENS BERMAN SOBOL SHAPIRO LLP**

1195121.7

JOINT STIPULATION REGARDING SETTLEMENT OF
CASE AND REQUEST FOR DISMISSAL

455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone:  (708) 628-4949

Joseph M. Vanek (admitted *pro hac vice*)
John P. Bjork (admitted *pro hac vice*)
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, Suite 3500
Chicago, IL 60603
*Jvanek@sperling-law.com*
*jbjork@sperling-law.com*

*Attorneys for Plaintiff HUI YU*

Dated:  March 31, 2020          MAYNARD COOPER & GALE LLP

By: /s/ *Christopher C. Frost*
CHRISTOPHER C. FROST (SBN 315932)
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203
Phone: (205) 254-1186
*cfrost@maynardcooper.com*

*Attorneys for Defendant AMERICAN GENERAL LIFE INSURANCE COMPANY*

Local Rule 5-4.3.4 Attestation

I attest that all counsel of record concur in this filing's content and has authorized the filing.

Dated:  March 31, 2020     By:     /s/ *Christopher R. Pitoun*
                                    Christopher R. Pitoun

1195121.7                               2
JOINT STIPULATION REGARDING SETTLEMENT OF
CASE AND REQUEST FOR DISMISSAL