# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| HUI YU<br><br>        Plaintiff,<br><br> v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY and DOES 1 TO 50, inclusive,<br><br>        Defendants. | Case Number: 2:19-cv-01788-SVW-KK<br><br>**ORDER OF DISMISSAL**<br><br>District Court Judge: Stephen V. Wilson<br>Magistrate Judge: Alicia G. Rosenberg<br><br>Action Filed:   September 18, 2019<br>Trial Date:    May 11, 2020 |

| | |
|---|---|
| 1 | Having read and considered the Parties Joint Stipulation, and good cause appearing |
| 2 | therefore, IT IS HEREBY ORDERED that this matter is dismissed with prejudice with |
| 3 | each Party to bear its own costs. All further pre-trial and trial dates are taken off calendar. |
| 4 | |
| 5 | **IT IS SO ORDERED** |
| 6 | |
| 7 | Dated: April 1, 2020 |
| 8 | By: *[signature]* |
| 9 | Honorable Stephen V. Wilson |
| | United States District Judge |